HENRY L. HERBERT et al., Respondents, *v.* JOHN DURYEA, Appellant.

*Herbert* v. *Duryea,* 34 App. Div. 478, affirmed.
(Argued October 19, 1900; decided November 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 23, 1898, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court.

*Reuben Leslie Maynard* for appellant.

*Jacob Marks* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Not voting: PARKER, Ch. J., and GRAY, J.

---

THE DOSORIS POND COMPANY, Respondent, *v.* EDWARD J. CAMPBELL et al., Appellants.

*Dosoris Pond Co.* v. *Campbell,* 25 App. Div. 179, affirmed.
(Argued October 19, 1900; decided November 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 8, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*George B. Stoddart* for appellants.

*Wilmot Townsend Cox* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.